AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Sedrick Banks; Monnie Breeland; Leon Capers;
Elton Clayton; Ricardo Doe; Antonio Ferguson;
Kevin Haynes; Michael Morris; Anthony Rice;
Tina Wiggins; and Randy B Young;
*Plaintiff*

v.                                           Civil Action No.     1:14-02214-JMC

Bradley J. O'Neal; Brad Lee O'Neal; Angela
O'Neal Chappell; Coosaw Ag, LLC; Coosaw
Land, LLC; and Coosaw Transport, Inc.;
*Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the Plaintiffs shall take nothing of the Defendants and the complaint is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The court having adopted the Report and Recommendation of Magistrate Judge Kaymani D. West granting defendants' motions to dismiss as to plaintiffs Banks, Breeland, Capers, Doe, Ferguson, Haynes, Morris, Rice and Young and dismissing the complaint as to all remaining plaintiffs.

Date: January 17, 2017

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*